USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
GUILLAME JACQUETY,

                 Petitioner,  :  19 Civ. 9642 (VM)

  - against -  :  **ORDER**

GERALDINE HELENA TENA
BAPTISTA, et al.,

                 Respondents.
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

As more than six weeks have passed since the filing of the petition in this matter, the United States Department of State has requested a status update. As reflected in the parties' February 27, 2020 joint letter to Magistrate Judge Lehrburger (see Dkt. No. 25), counsel for both the petitioner and respondent have encountered personal difficulties that prevented the parties from taking depositions and completing discovery as originally scheduled. Judge Lehrburger has ordered the parties to submit a proposed revised discovery schedule, or a status report stating why the parties cannot do so, by March 10, 2020.

**SO ORDERED.**

Dated:    New York, New York
           3 March 2020

                                                  Victor Marrero
                                                  U.S.D.J.