USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GUILLAUME JACQUETY,

                      Petitioner,

                - against -

GERALDINE HELENA TENA BAPTISTA &
DR. YOUSSEFF ZAIM WADGHIRI,

                      Respondents.
-----------------------------------------------------------------X

19-cv-9642 (VM) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed during the telephonic conference held on April 3, 2020, the parties shall meet and confer on all outstanding discovery issues and file a status letter on ECF describing any unresolved issues by Friday, April 10, 2020.

      By April 10, 2020, the parties shall file a letter with Judge Marrero addressing trial scheduling and the technology proposed for trial.

                                                      SO ORDERED.

                                                        _____
                                                        ROBERT W. LEHRBURGER
                                                       UNITED STATES MAGISTRATE JUDGE

Dated:     April 3, 2020
               New York, New York

Copies transmitted to:
all counsel of record via ECF.