```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
GUILLAME JACQUETY,                  :
                                    :
                Petitioner,         :    19 Civ. 9642 (VM)
                                    :
    - against -                     :    ORDER
                                    :
GERALDINE HELENA TENA               :
BAPTISTA, et al.,                   :
                                    :
                Respondents.        :
-----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The parties are hereby directed to appear for a settlement conference before Magistrate Judge Lehrburger, to whom this case has already been referred for general pretrial purposes including settlement.

**SO ORDERED.**

Dated:   New York, New York
         13 May 2020

_____
Victor Marrero
U.S.D.J.