```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GUILLAUME JACQUETY,

                Petitioner,

     - against -

GERALDINE HELENA TENA BAPTISTA &
DR. YOUSSEFF ZAIM WADGHIRI,

                Respondents.
---------------------------------------------------------------X

19-cv-9642 (VM) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court is in receipt of Respondents' July 1, 2020 letter concerning experts. By July 10, 2020, the parties shall each file a letter concerning the Court's authority to require Petitioner to pay costs and fees associated with Respondents' retention and use of experts. Each party may submit a response to the other's letter no later than July 15, 2020. Each letter shall be no more than three pages.

                        SO ORDERED.

                        _____
                        ROBERT W. LEHRBURGER
                        UNITED STATES MAGISTRATE JUDGE

Dated: July 6, 2020
       New York, New York