```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
GUILLAME JACQUETY,                 :
                                   :
                  Petitioner,      :   19 Civ. 9642 (VM)
                                   :
     - against -                   :   ORDER
                                   :
GERALDINE HELENA TENA              :
BAPTISTA, et al.,                  :
                                   :
                  Respondents.     :
-----------------------------------X
```
**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that a teleconference in the above-captioned action will be held on August 7, 2020 at 11:30 a.m. The teleconference shall take place using the dial-in number 1-888-363-4749 and access code 8392198.

**SO ORDERED.**

Dated:   New York, New York
         29 July 2020

_____
Victor Marrero
U.S.D.J.