```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GUILLAUME JACQUETY,                          :
                                             :
                    Petitioner,              :
                                             :
        - against -                          :
                                             :
GERALDINE HELENA TENA BAPTISTA &             :
DR. YOUSSEFF ZAIM WADGHIRI,                  :
                                             :
                    Respondents.             :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2020

19-cv-9642 (VM) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

For the reasons stated on the record during the conference held on August 20, 2020:

1. Respondent Baptista shall promptly produce all responsive medical records relating to any domestic abuse or mental health treatment received by her during or related to the relevant period. The documents shall be marked "Attorneys' and Experts' Eyes Only" until the parties have entered into a protective order governing the confidentiality designations for all documents produced in this matter.

2. By August 27, 2020, the parties shall make good faith efforts to negotiate and enter into a protective order governing the confidentiality designations for all documents produced in this matter. If the parties are unable to reach agreement, by August 31, 2020, they shall submit a joint letter identifying remaining issues to be resolved by the Court.

3. By September 3, 2020, Respondent Baptista shall produce a sworn affidavit about the cell phone associated with her Moroccan phone number on which WhatsApp and text messages sent by and received from Respondent Baptista prior to November

13, 2018 were stored. The affidavit shall include details about what was done to and with the cell phone and the information stored on it; when such actions were taken; and any efforts that Respondent Baptista has undertaken to retrieve that cell phone and/or the data it contained. The affidavit shall also state whether, to Respondent Baptista's knowledge, data contained on the phone included text messages or WhatsApp messages with co-Respondent, Petitioner, Respondent's mother, or Leonora Machado that would have been responsive to Petitioner's document requests.

4. By September 3, 2020, Petitioner shall produce any responsive documents regarding actions filed in Switzerland and Paris.

5. By September 10, 2020, Petitioner shall remedy any deficiencies in its expert reports so that they fully comply with the requirements set forth by the Federal Rules of Civil Procedure.

6. By October 6, 2020, Respondent Baptista shall serve expert reports, if any. Petitioner will be given the opportunity to rebut such reports. Upon service of Respondents' expert reports, the parties shall discuss in good faith a time frame for Petitioner to serve rebuttal expert reports if he so chooses.

7. Respondent may issue targeted document requests and up to four interrogatories concerning Petitioner's alleged drug use, possession or rehabilitation during the relevant period.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:      August 20, 2020
            New York, New York