```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
GUILLAME JACQUETY,                  :
                                    :
                  Petitioner,       :    19 Civ. 9642 (VM)
                                    :
    - against -                     :    ORDER
                                    :
GERALDINE HELENA TENA               :
BAPTISTA, et al.,                   :
                                    :
                  Respondents.      :
-----------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/2020
```

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that a pre-motion conference in this matter shall be held before Judge Victor Marrero on September 11, 2020 at 2:00 p.m. In light of the ongoing public health emergency, the conference will be held via telephone. The parties are directed to use the dial-in number 888-363-4749 (international callers dial 215-446-3662), with access code 8392198.

**SO ORDERED.**

Dated:    New York, New York
          27 August 2020

                                        Victor Marrero
                                           U.S.D.J.