```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
GUILLAME JACQUETY,                 :
                                   :
                    Petitioner,    :   19 Civ. 9642 (VM)
                                   :
     - against -                   :   ORDER
                                   :
GERALDINE HELENA TENA              :
BAPTISTA, et al.,                  :
                                   :
                    Respondents.   :
-----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

On September 24, 2020, counsel for Petitioner Guillaume Jacquety ("Jacquety") filed a letter opposition (the "Opposition," Dkt. No. 72) to Respondent Yousseff Wadghiri's letter motion for summary judgment dated August 27, 2020 (Dkt. No. 65). The Opposition makes reference to several exhibits but does not attach them because, as Jacquety's counsel asserts, the confidentiality order previously issued in this case prohibits their public disclosure. (See Dkt. No. 68.)

The Court hereby directs Jacquety's counsel to file the exhibits to the Opposition under seal, and to file redacted versions of the exhibits in the public docket.

**SO ORDERED.**

Dated:   New York, New York
         29 September 2020

_____
Victor Marrero
U.S.D.J.