UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GUILLAUME JACQUETY,

                       Petitioner,

        - against -

GERALDINE HELENA TENA BAPTISTA,
et al.,

                      Respondents.
-------------------------------------------------------------X

19-CV-9642 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By November 12, 2020, the parties shall file a joint letter addressing the following trial technology/logistics issues:

    1. Proposed technology for remote testimony.  The parties will be responsible for providing the necessary equipment and coordinating with the Court's technology/logistics personnel.

    2. Proposed technology for presentation of exhibits and pre-recorded testimony.  Again, the parties will be responsible for providing the necessary equipment and coordinating with the Court's technology/logistics personnel.  The Court expects it will be able to provide a screen and an "ELMO" for projecting exhibits.

    3. Proposed protocol for witnesses testifying remotely and who are in different time zones, and whether there is any need for pre-recorded testimony preserved for trial.

    4. The number of persons (other than court staff) the parties expect to be in the courtroom at any one time.

    5. Any other technology/logistical issues the parties believe should be

addressed in advance.

The Court will separately issue a trial/pre-trial scheduling order. As discussed during the conference held on October 29, 2020, the parties should plan on trial commencing mid-January.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 29, 2020
      New York, New York