```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GUILLAUME JACQUETY,                              :
                                                 :
                           Petitioner,           :
                                                 :
        - against -                              :
                                                 :
GERALDINE HELENA TENA BAPTISTA,                  :
et al.,                                          :
                                                 :
                           Respondents.          :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2020

19-CV-9642 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As directed at the conference held on November 25, 2020:

1.  The timing and frequency (every other day) of petitioner's visits with the child will be modified as agreed by the parties.

2.  Petitioner's parents may participate in one visitation session on or around December 25, 2020.

3.  The parties will continue to meet and confer regarding use of a third-party monitor for visitation sessions.

4.  Petitioner's expert, Dr. Favaro, shall amend his questionnaires to avoid questions that are duplicative and questions that are irrelevant. Dr. Favaro may conduct his interviews with the child after the questionnaires are completed by Respondent.

5.  The parties will meet and confer to discuss any warranted modifications to the schedule.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 25, 2020
       New York, New York