USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GUILLAUME JACQUETY,

                Petitioner,

      - against -

GERALDINE HELENA TENA BAPTISTA,
et al.,

                Respondents.
------------------------------------------------------------X

19-CV-9642 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       As announced yesterday, the SDNY courthouses will be closed for in-person proceedings until at least January 15, 2021. Accordingly, the Court offers the parties two options for trial: (1) Proceed as scheduled on January 11, 2021 but conduct proceedings entirely remotely, or (2) Adjourn the trial until at least January 19, 2021 and perhaps later. The parties shall meet and confer and notify the Court of their preference(s) by December 8, 2020.

                                                SO ORDERED.

                                             _____
                                             ROBERT W. LEHRBURGER
                                             UNITED STATES MAGISTRATE JUDGE

Dated: December 1, 2020
       New York, New York