USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2020

THE LAW OFFICE OF
# JEREMY D. MORLEY
230 PARK AVENUE, Third Floor West
NEW YORK, N.Y. 10169
www.international-divorce.com
Our attorneys are admitted to practice law only in the States of New York

TEL: (212) 372-3425                                                                                    FAX: (815) 301-6742

Hon. Robert W. Lehrberger                                                               December 2, 2020
United States District Court
-ECF-

Re: <u>19 cv 9642 - Jacquety v. Tena Baptista</u>

Dear Magistrate Lehrberger:'

      This office represents Petitioner in this matter. Petitioner seeks to have his motion in limine in relation to Respondents' mental health experts' testimony filed under seal. Petitioner makes this motion in order to be in compliance with your Honor's order of September 1, 2020, at D.E. 68 (annexed).

                                            Respectfully,
                                            *Neil J. Saltzman /s/*
                                            Neil J. Saltzman, of counsel
                                            Tel.: (646) 236-4321
                                            E-mail: <u>neilsaltzman@live.com</u>

SO ORDERED:   ⟋signature⟍
12/7/2020
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE