```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GUILLAUME JACQUETY,

                 Petitioner,

    - against -

GERALDINE HELENA TENA BAPTISTA,
et al.,

                 Respondents.
---------------------------------------------------------------X

19-CV-9642 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    On December 14, 2020, Respondent filed a letter requesting Petitioner to pay the cost of an independent monitor being employed by the parties for Petitioner's Facebook visits with the Child. Petitioner has not filed any opposition. The estimated cost, one thousand dollars, is relatively modest. Accordingly, Petitioner shall pay the cost of the independent monitor from Supervision Services without prejudice to seeking to recover costs at the conclusion of the case.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: December 18, 2020
       New York, New York