```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GUILLAUME JACQUETY,

       Petitioner,

   - against -

GERALDINE HELENA TENA BAPTISTA, et al.,

       Respondents.
-----------------------------------------------------------X

19-CV-9642 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

  As discussed at the conclusion of trial on February 9, 2021:

  1. By February 23, 2021, the parties shall jointly file a final list of exhibits admitted into evidence at trial.

  2. By March 11, 2021, the parties shall file opening post-trial briefs, including neutral timelines of events they deem significant.

  3. By March 25, 2021, the parties shall file responding post-trial briefs.

  4. Opening post-trial briefs shall be no more than 35 pages; Responding post-trial briefs shall be no more than 15 pages.

          SO ORDERED.

          _____
          ROBERT W. LEHRBURGER
          UNITED STATES MAGISTRATE JUDGE

Dated: February 9, 2021
    New York, New York