THE LAW OFFICE OF
# JEREMY D. MORLEY
230 PARK AVENUE, Third Floor West
NEW YORK, N.Y. 10169
www.international-divorce.com
Our attorneys are admitted to practice law only in the States of New York

TEL: (212) 372-3425                                              FAX: (815) 301-6742

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/2021

Hon. Robert W. Lehrberger                                    March 9, 2020
United States District Court
-ECF-
Re: 19 cv 9642 - Jacquety v. Tena Baptista

Dear Magistrate Lehrberger:

    This office represents Petitioner in this matter. Petitioner seeks to have his motion for the receipt of additional exhibits filed under seal. Petitioner makes this motion in order to be in compliance with your Honor's order of September 1, 2020, at D.E. 68 (annexed).

    Respectfully,

*Neil J. Saltzman /s/*
Neil J. Saltzman, of counsel
Tel.: (646) 236-4321
E-mail: neilsaltzman@live.com

Request to seal is granted. Request for admission of exhibit is held in abeyance pending Petitioner's response.

SO ORDERED:

3/10/2021  _____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE