```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GUILLAUME JACQUETY,

               Petitioner,

     - against -

GERALDINE HELENA TENA BAPTISTA, et al.,

               Respondents.
-------------------------------------------------------------X

19-CV-9642 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      By letter dated March 22, 2021 (Dkt. 158), Respondents requested that certain documents be maintained under seal, namely Dkts. 154, 155, 157, and 157-1. The motion is granted in part and denied in part. The documents identified shall remain under seal. That said, sealing materials in the Second Circuit is limited, and particularly discouraged with respect to trial materials, such as those at issue here. Accordingly, by April 9, 2021, Respondents shall file public versions of the documents at issue with redactions limited to anyone's personally identifying medical and financial information, and the child's first name.

                                                       SO ORDERED.

                                                      _____
                                                      ROBERT W. LEHRBURGER
                                                      UNITED STATES MAGISTRATE JUDGE

Dated: March 26, 2021
       New York, New York

Copies transmitted this date to all counsel of record.