```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GUILLAUME JACQUETY,                                              :
                                                                 :         19-CV-9642 (RWL)
                    Petitioner,                                  :
                                                                 :         **ORDER**
        - against -                                              :
                                                                 :
GERALDINE HELENA TENA BAPTISTA,                                  :
et al.,                                                          :
                                                                 :
                    Respondents.                                 :
-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of Petitioner's letter and attachments regarding the parties' Moroccan Divorce and Custody Judgment (the "Moroccan Judgment"). (Dkt. 206.) The Court will hold a telephone conference to discuss potential next steps to address the significance of the Moroccan Judgment vis-a-vis this case. The parties shall meet and confer in advance of the conference to discuss the same. My Courtroom Deputy will reach out to the parties to schedule the conference with the Court.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: April 26, 2021
       New York, New York

Copies transmitted this date to all counsel of record.