USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GUILLAUME JACQUETY,

                    Petitioner,

       - against -

GERALDINE HELENA TENA BAPTISTA,
et al.,

                    Respondents.
------------------------------------------------------------X

19-CV-9642 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order addresses Plaintiff's submission of the proffered letter from Amy Halter, LCSW, MPH, concerning Ms. Halter's treatment and assessment of the child and certain recommendations regarding same. (Dkt. 211). Trial ended in early February. Though the letter from Ms. Halter is "new," it is inadmissible hearsay of a mental health professional engaged after trial, who Defendant has not deposed, and its admission potentially would warrant additional discovery, expert evaluation, and more. The document will not be admitted into evidence, and the Court has not considered, and will not consider, it in formulating its decision.

                                    SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: May 7, 2021
       New York, New York

Copies transmitted this date to all counsel of record.