USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GUILLAUME JACQUETY,

                 Petitioner,

    - against -

GERALDINE HELENA TENA BAPTISTA,
et al.,

                 Respondents.
-----------------------------------------------------------X

19-CV-9642 (RWL)

**JUDGMENT**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Pursuant to this Court's decision and order dated May 11, 2021, judgment is entered in favor of the Respondents. The Clerk of Court is respectfully requested to close the case.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 19, 2021
       New York, New York

Copies transmitted this date to all counsel of record.