```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GUILLAUME JACQUETY,              :
                                 :          19-CV-9642 (RWL)
               Petitioner,    :
                                 :
    - against -                 :
                                 :          **COSTS**
GERALDINE HELENA TENA BAPTISTA,  :
and DR. YOUSSEFF ZAIM WADGHIRI,  :
                                 :
               Respondents.   :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        On June 10, 2021, Respondent Geraldine Helena Tena Baptista ("Respondent") filed a bill of costs. (Dkts. 216, 217.) Petitioner filed objections (Dkt. 218), and this Court ordered Respondent to submit an Amended Bill of Costs (Dkt. 221).

        On July 28, 2021, Respondent filed an Amended Bill of Costs as directed, and largely consistent with Petitioner's objections. (Dkt. 222.) The period for Petitioner to file any additional objections consistent with this Court's individual rules has passed. Accordingly, the Clerk of Court is respectfully requested to tax costs in the amount of $18,193.99 consistent with Dkt. 222.

                                                                   SO ORDERED,

                                                          _____
                                                          ROBERT W. LEHRBURGER
                                                          UNITED STATES MAGISTRATE JUDGE

Dated:  September 8, 2021
         New York, New York

Copies transmitted to all counsel of record.

1